UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: COVIDIEN HERNIA MESH PRODUCTS LIABILITY LITIGATION NO. II,

This Document Relates To:

REGINA STEPHEN
Case No. 1:22-cv-11590

MDL No. 1:22-md-03029-PBS

**JOINT MOTION FOR PROPOSED AMENDED SCHEDULING ORDER**

The Parties respectfully move the Court for a schedule amending certain deadlines. Consistent with the Court's ruling at the October 5, 2026 status conference, the Parties respectfully request that the Court amend the schedule as follows:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Rule 702 and Summary Judgment Motions Due (prior to supplemental discovery) | October 2, 2026 | October 12, 2026 |
| Oppositions to Rule 702 and Summary Judgment Motions Due (prior to supplemental discovery) | October 23, 2026 | November 2, 2026 |
| Replies to Rule 702 and Summary Judgment Motions Due (prior to supplemental discovery) | October 30, 2026 | November 9, 2026 |
| Plaintiff serves Supplement Expert Report of Dr. Grischkan | N/A | October 9, 2026 |
| Plaintiff serves Supplement Expert Report of Dr. Michaels | N/A | October 28, 2026[1] |
| Completion of Dr. Grischkan Supplemental Deposition | N/A | October 30, 2026 |
| Completion of Dr. Michaels Supplemental Deposition | N/A | November 6, 2026 |
| Defendants serve Supplement Expert Report of Dr. Pryor | N/A | October 20, 2026 |
| Defendants serve Expert Report of Dr. Babkowski | N/A | November 4, 2026 |
| Completion of Dr. Babkowski Deposition | N/A | November 13, 2026 |
| Completion of Plaintiff's Supplemental Deposition | N/A | October 30, 2026 |

[1] Because the pathology reports are dependent upon the receipt of histology slides from the facility, the Parties agree to confer in good faith in the event that the histology slides are not received with enough time to meet this deadline.

10/8/26
ALLOWED
Patti B Saris

Case 1:22-cv-11590-PBS Document 41 Filed 10/07/26 Page 2 of 3

| | | |
|---|---|---|
| Completion of Dr. Pryor Supplemental Deposition | N/A | November 13, 2026 |
| Hearing on Rule 702 and Summary Judgment Motions | To be set by Court | To be set by Court |
| Motions *in Limine* Due | November 13, 2026 | November 13, 2026 |
| Responses to Motions *in Limine* Due | December 4, 2026 | December 4, 2026 |
| Rule 26(a)(3) Pre-Trial Disclosures | November 10, 2026 | November 10, 2026 |
| Objections to Rule 26(a)(3) Pre-Trial Disclosures | November 24, 2026 | November 24, 2026 |
| Proposed jury instructions, preliminary jury instructions, proposed voir dire questions, witness and exhibit lists, and transcripts of deposition testimony that the Parties intend to introduce at trial with objections | December 3, 2026 | December 3, 2026 |
| Joint Pre-Trial Memorandum Due | December 3, 2026 | December 3, 2026 |
| Pre-trial Conference | December 10, 2026 | December 10, 2026 |
| Trial | January 11, 2027 | January 11, 2027 |

Dated: October 7, 2026

Respectfully submitted,

/s/ Kelsey L. Stokes
Kelsey L. Stokes
***Plaintiffs' Co-Lead Counsel***
Texas Bar No. 24083912
STOKES & HOBBS, LP
5619 Summer Snow Dr.
Houston, TX 77041
Tel: (832) 260-4447
kstokes@stokeshobbsfirm.com

Timothy M. O'Brien
***Plaintiffs' Co-Lead Counsel***
Florida Bar No. 055565
LEVIN, PAPANTONIO, PROCTOR,
BUCHANAN, O'BRIEN,
BARR & MOUGEY, P.A.
316 South Baylen St., Ste. 600
Pensacola, FL 32502
Tel: (850) 435-7084
Fax: (850) 436-6084
tobrien@levinlaw.com

*Attorneys for Plaintiff*

/s/ Jessica C. Wilson
Jessica C. Wilson (BBO No. 692674)
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel: (617) 406-6000
Fax: (617) 406-6100
jessica.wilson@us.dlapiper.com

*Attorney for Defendants*